**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1674**

LYNTON BALLENTINE,

                Plaintiff – Appellant,

      v.

JAMES B. NUTTER & COMPANY; HUTCHENS LAW FIRM, LP; JONATHAN
CALEB ROGERS; SHANN ROSE SCHMIDT; CLAIRE COLLINS; NORTH
CAROLINA HOUSING FINANCE AGENCY; HOLLY ROBINSON; SURETY
INSURANCE COMPANY; KAREN BUMGARDNER,

                Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Frank D. Whitney,
Chief District Judge. (3:15-cv-00496-FDW-DSC)

Submitted: November 17, 2016     Decided: November 21, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Lynton Ballentine, Appellant Pro Se. Brian D. Boone, ALSTON &
BIRD, LLP, Charlotte, North Carolina; Lacey Meredith Moore,
HUTCHENS LAW FIRM, Charlotte, North Carolina; Kacy Lynn Hunt,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina;
Elizabeth C. Stone, WILLIAMS MULLEN, Raleigh, North Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynton Ballentine appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ballentine v. James B. Nutter & Co., No. 3:15-cv-00496-FDW-DSC (W.D.N.C. June 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED